AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 30 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

**EASTERN** District of **ARKANSAS**

UNITED STATES OF AMERICA
V.
DAVID CRUMPTON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   4:04CR00003 and 4:07CR00056
USM Number:   23208-009

Jerome Kearney
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)  Special, Special, General  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Failure to successfully complete residential substance abuse program | February 16, 2009 |
| Special | Use of alcohol during residential substance abuse treatment | February 18, 2009 |
| General | Unlawful use of a controlled substance | March 24, 2009 |
| Special | Failure to participate in substance abuse treatment program | March 23, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s)  General  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   XXX-XX-1783
Defendant's Date of   1963

Defendant's Residence Address:
Little Rock, Arkansas

Defendant's Mailing Address:
same as above

March 30, 2009
Date of Imposition of Judgment

_[signature]_
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

March 30, 2009
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT: DAVID CRUMPTON
CASE NUMBER: 4:04CR00003 JLH and 4:07CR00056 WRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**24 months in case number 4:04CR00003 JLH; and 12 months in case number 4:07CR00056 WRW to run concurrently, with no term of supervised release to follow**

X   The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends defendant participate in residential substance abuse treatment, and mental health counseling with an emphasis in anger management and domestic violence during incarceration. The Court further recommends defendant be placed in the FCI Forrest City facility.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL